UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
APR 05 2023
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.　　　　　　　　　　CASE NO. 8:23-cr-118-SCB-AAS
　　　　　　　　　　　　21 U.S.C. § 841(a)(1)
ANDREW NEWBURG

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 21, 2021, in the Middle District of Florida, the defendant

ANDREW NEWBURG,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a quantity of methamphetamine a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation, including approximately $5700 in United States Currency.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division, South

2

FORM OBD-34
April 23

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANDREW NEWBURG

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

███████████████
_____,
Foreperson

Filed in open court this 5th day

of April, 2023.

_____
Clerk

Bail $_____

GPO 863 525